# Return

| Case No.: 21-M-347(SCD) | Date and time warrant executed: 03/17/2021 | Copy of warrant and inventory left with: |
|---|---|---|

Inventory made in the presence of :

Inventory of the property taken and name(s) of any person(s) seized:

FACEBOOK ACCOUNT INFORMATION FOR THE FOLLOWING ACCOUNTS:
- MONEA BOYD
- DDAY LOVING BRAY DAVIS

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 03/24/2021

Executing officer's signature

DAVID BIANCHI / SA
Printed name and title